**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
U S Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Divisional Offices
700 Federal Bldg.
316 No Robert Street
St. Paul, Mn 55101

RICHARD D. SLETTEN, CLERK
(612) 664-5000

417 U. S. Courthouse & Federal Building
515 West First Street
Duluth, MN 55802

March 23, 2007

**RE: Case Name:** USA vs Duane Kenneth Selin
**Case Number:** 0:00-CR-00355 (2)

## NOTICE OF MONETARY IMPOSITION PAID IN FULL

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 7/25/03 |

Sincerely,

s/Jennifer Nurnberger
Financial Technician

FILED 03/23/07
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 5-15-03
Deputy Clerk's Initials s/JN

SCANNED
MAR 2 3 2007
U.S. DISTRICT COURT MPLS